

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00449-CR

Edwing Ahmed **ALVAREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2016CRJ001220D2
Honorable Monica Z. Notzon, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 1, 2018.

_____
Patricia O. Alvarez, Justice